**FILED**

MAY − 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**Zeenia Satti**
3636 16th St. N.W
Apt. No.B726
Washington DC 20010
Ph. ( 202) 328 1156
  **Plaintiff pro se**

**Minor Plaintiff Alexander Christophe Simenson**
Represented by Mother Zeenia Satti

  V.

**The United States Department of Defense**
**The United States Department of State**
**Alexis Skotzko at the U.S Department of State**

  **Defendants**

*JURY TRIAL DEMANDED*

JURY
ACTION

CASE NUMBER  1:06CV00826

JUDGE: Richard W. Roberts

DECK TYPE: Civil Rights (non-employmen

DATE STAMP: 05/04/2006

### ~~BILL~~ ~~OF~~ COMPLAINT

The Plaintiff's husband, Brant Marcus Simenson, died on May 17th, 2002, in Islamabad, Pakistan. At the time of his death, he worked for the U.S Special Forces as an under cover spy in the rank of a Major.

The plaintiff was married to the decedent on April 22, 1995, in Vienna, Virginia. The plaintiff remained married to the decedent till the time of his death. A true and correct copy of the marriage license and marriage certificate is attached hereto as "Exhibit A".

A son was born to the decedent and the plaintiff on May 25th, 1997. A true and correct copy of the Consular Report of Birth Abroad is attached hereto as "Exhibit B".

1

Upon the decedent's death, The Department of Defense did not notify the plaintiff. The Department of State, i.e. its representative Consular on duty in Islamabad, Pakistan, did not notify the plaintiff of her husband's death either.

After the plaintiff found out through local sources in Islamabad, Pakistan, that her husband had died, she called the Consular on duty at the U.S Embassy in Islamabad on the 20th of May, 2002. During this phone call, she demanded her husband's body for burial. The Consular refused to acknowledge the plaintiff's rights.

Later that evening, an officer of the Department of State, named Alexis Skotzko, visited the plaintiff at her residence in Islamabad, Pakistan and threatened her of dire consequences if the plaintiff took appropriate action in assertion of her legal rights. According to Alexis Skotzko, the U.S military and the CIA would not release the decedent's estate to the plaintiff due to her national origin. The same officer further threatened the plaintiff that if she asserted her rights over the decedent's estate, she will risk losing her child's custody. If she traveled to the U.S in pursuit of the same, she will endanger her life. Thus, under duress, the plaintiff was made to relinquish the pursuit of her rights.

In August, 2002, the plaintiff made a visit to the U.S Embassy for the renewal of her minor son's passport. During the same visit, she told the Consular on duty that she had no

document related to her husband's death. The Consular gave her an uncertified copy of the death certificate.

Upon seeing the death certificate, the plaintiff learned that Alexis Skotzko was the Attorney in fact and as such administered the decedent's estate. He gave the plaintiff no information on matters pertaining to the estate.

In September of 2005, the plaintiff learned that the decedent and the plaintiff's local business venture called Enerman Group was sold to a French firm by the name of Hagler Bailly in Islamabad, Pakistan, for the sum of U.S dollars two hundred and fifty thousand.

In the summer of 2005, the plaintiff learned that there are death benefits that the DoD is obligated to release to the decedent's true heirs at law, i.e. his widow and his child. A certificate of qualification issued to the plaintiff from the probate court of the Fairfax County is attached hereto as "Exhibit C".

The Department of Defense to date, has not released decedent Brant Marcus Simenson's death benefits to his heirs at law.

Given a) the nature of Alex Skotzko's threats, b)the State Department's neglect to notify the plaintiff of the decedent's death and later its refusal to acknowledge the plaintiff or her child's rights, c)the DoD's conduct in handling the decedent's death, all of which are

practices contrary to due process at law, the plaintiff fears dire consequences to her self and her child if she demands these rights from the Department of Defense on her own.

The plaintiff is therefore turning to this August Court to compel the Department of Defense to release all death benefits of the decedent Major Brant Marcus Simenson to the plaintiff and her child.

The Department of Defense's neglect of its obligation to notify the plaintiff of the decedent's death and further, the Department of Defense's neglect of its obligation to release the decedent's death benefits to his true heirs at law, i.e. his widow and his child, are unconstitutional discriminatory practices. The same have caused the plaintiff and her child emotional suffering and physical hardship. The Department of Defense should be made to pay the plaintiff and her child compensatory damages for the same.

The Department of State should be made to pay the plaintiff compensatory damages for the following violations; a) failure to notify the plaintiff of her husband's death b) willful neglect of the plaintiff's status as a widow when she asserted the same c) terrorizing her with threats through the medium of Alexis Skotzko who acted under color of office d)willfully neglecting the decedent's minor son's rights.

The above mentioned discriminatory and mafia like conduct of the Department of State has caused the plaintiff and her child emotional suffering and physical hardship.

The plaintiff requests the court to compel the Department of State to initiate an administrative inquiry into Alexis Skotzko's conduct in the matter of Brant Marcus Simenson's death and the handling of his estate. The department should take appropriate administrative action against Alexis Skotzko or the officer in charge, if any, who authorized him to act in a manner against the law. Further, Alexis Skotzko should be made to pay compensatory damages to the plaintiff and her child for the loss of business called Enerman Group.

The plaintiff requests the court to compel the Department of Defense to initiate administrative inquiry into why the decedent's widow and child were neglected in the aftermath of Major Brant Simenson's death.

The plaintiff prays for judgment against the defendants in the manner and amount set forth below.

To the plaintiff, compensatory damages in the amount deemed appropriate by the court. To the decedent and the plaintiff's child, Alexander Simenson, compensatory and punitive damages in the amount deemed appropriate by the court.

Further, the Department of Defense should be compelled to release all death benefits it owes to the plaintiff and her child retroactively and with interest to date.

Zeenia Satti
3636 16th St N·W
Apt B726
Washington Dc 20010

Dated, May _____04_____ 2006

EXHIB "A"

BX 0099 0479

# COMMONWEALTH OF VIRGINIA

## MARRIAGE REGISTER

COPY A
FOR CLERK OF COURT

CIRCUIT COURT FOR CITY OR COUNTY OF

CLERK'S NUMBER **001907**

99    479    1907    FAIRFAX

**ATTENTION OFFICIANT:**
License must be returned within 5 days of ceremony to Fairfax County Circuit Court 4110 Chain Bridge Rd. Fairfax, VA 22030

Margin reserved for binding

Please use black ribbon in typewriter or black unfading ink. This is a permanent record

| | | | |
|---|---|---|---|
| **GROOM** | 1. FULL NAME OF GROOM | | |
| | 2. AGE  **BRANT** (first)  **MARCUS** (middle)  **SIMENSON** (last) | | |
| | 3. DATE OF BIRTH (Month, Day, Year)  **7-28-65** | 4. PLACE OF BIRTH (state or foreign country) **FINLAND** | |
| | 5. RACE  **29** Years | 6. NUMBER OF THIS MARRIAGE  **FIRST** (first, second, etc.) | 7. MARITAL STATUS (if previously married) WIDOWED ☐ DIVORCED ☐ |
| | 8. EDUCATION **WHITE** | | |

1. FULL NAME OF GROOM    **BRANT**(first)  **MARCUS**(middle)  **SIMENSON**(last)
2. AGE **29** Years   3. DATE OF BIRTH (Month, Day, Year) **7-28-65**   4. PLACE OF BIRTH (state or foreign country) **FINLAND**
5. RACE **WHITE**   6. NUMBER OF THIS MARRIAGE **FIRST** (first, second, etc.)   7. MARITAL STATUS (if previously married) WIDOWED ☐ DIVORCED ☐
8. EDUCATION (Specify only highest grade completed) Elementary or Secondary (0-12) **12**   College (1-4 or 5+) **5**   9a. USUAL RESIDENCE: STREET ADDRESS OR RT. NUMBER **1711 KIPLING NO. 1**
9b. CITY OR TOWN OF RESIDENCE **HOUSTON**   9c. COUNTY (if independent city, leave blank)   9d. STATE (OR FOREIGN COUNTRY) **TEXAS**
10. NAME OF FATHER **WILLIAM CHARLES SIMENSON**   11. FULL MAIDEN NAME OF MOTHER **KATHERINE LOUISE GIMMLER**

12. PRESENT NAME OF BRIDE **ZEFNIA**(first)  **SATTI**(last)  MAIDEN SURNAME (if different)
13. AGE **34** Years   14. DATE OF BIRTH (Month, Day, Year) **10-21-60**   15. PLACE OF BIRTH (state or foreign country) **PAKISTAN**
16. RACE **ASIAN**   17. NUMBER OF THIS MARRIAGE **FIRST** (first, second, etc.)   18. MARITAL STATUS (if previously married) WIDOWED ☐ DIVORCED ☐
19. EDUCATION (Specify only highest grade completed) Elementary or Secondary (0-12) **12**   College (1-4 or 5+) **5+**   20a. USUAL RESIDENCE: STREET ADDRESS OR RT. NUMBER **1711 KIPLING NO. 1**
20b. CITY OR TOWN OF RESIDENCE **HOUSTON**   20c. COUNTY (if independent city, leave blank)   20d. STATE (OR FOREIGN COUNTRY) **TEXAS**
21. NAME OF FATHER **M. SADIO KHAN SATTI**   22. FULL MAIDEN NAME OF MOTHER **KHURSHID FAROOQI**

## MARRIAGE LICENSE

23. TO ANY PERSON LICENSED TO PERFORM MARRIAGES:
You are hereby authorized to join the above-named persons in marriage under procedures outlined in the statutes of the Commonwealth of Virginia.

Date Issued **APR 21, 1995**
License Expires Sixty Days After Above Date

Signature _Jeannette A. Cunningham_ Clerk of Court or Deputy

Date Received by Clerk of Court from Officiant **MAY 03 1995**

TO OFFICIANT:
Complete and sign certificates on both copies.

Return both copies within five days to Clerk of Court issuing license.

Section 32.1-267, Code of Virginia

VS3-1/E3

## MARRIAGE CERTIFICATE

24. DATE OF MARRIAGE (Month, Day, Year) **4/22/95**   25. PLACE OF MARRIAGE (county or independent city) **Fairfax County** VIRGINIA   26. TYPE OF CEREMONY CIVIL ☐ RELIGIOUS

27. I CERTIFY THAT I JOINED THE ABOVE-NAMED PERSONS IN MARRIAGE ON THE DATE AND AT THE PLACE SPECIFIED.

SIGNATURE OF OFFICIANT ▶ _Jerry L. Lia Braaten_   TITLE OF OFFICIANT _Clergy_

Authorized to perform marriages by the Circuit Court for _Fairfax County_ (city or county), Virginia, in _1986_ (year of authorization)

NAME OF OFFICIANT (type or print) _Jerry L. Lia Braaten, Pastor Emmanuel Lutheran Church_

ADDRESS OF OFFICIANT _2589 Chain Bridge Road_ (street or route number) _Vienna_ (city or town) _VA 22181_ (state)

A COPY TESTE:
JOHN T. FREY, CLERK

BY: _Marianne G. Subahit_
Deputy Clerk

Original retained in the office of the Clerk of the Circuit Court of Fairfax County, Virginia

EXHIBIT "B"

159- 0319543



UNITED STATES OF AMERICA
DEPARTMENT OF STATE

# Consular Report of Birth Abroad

### of a Citizen of the United States of America

This is to certify that __Alexander Shahzeb Christophe Simenson__ sex __Male__
                                                    *(Name)*

born at __Islamabad__
         *(City)*

on __May 25, 1997__   acquired United States citizenship at birth as established by documentary evidence presented
    *(Date)*

to the Consular Service of the United States at __Islamabad/Pakistan__     __Pakistan__
                                                      *(City / Country)*       *(Country)*

on __July 11, 1997__
    *(Date)*

PARENTS

Father __Brant Marcus Simenson__

Date of Birth __July 28, 1965__

Mother __Zeenia Satti__

Date of Birth __October 21, 1960__

(SEAL)

_____
*(Signature of Authorizing Official)*

__Consul__
*(Title)*

__Islamabad/Pakistan__
*(City / Country)*

__July 11, 1997__
*(Date)*

FORM FS-240        A Consular Report of Birth is proof of United States citizenship by law: 22 USC 2705

EXHIBIT "C"

**CERTIFICATE/LETTER OF QUALIFICATION**
COMMONWEALTH OF VIRGINIA

VA. CODE §§ 6.1-70, 6.1-195.28, 6.1-208.3, 6.1-208.5, 13.1-428, 37.1-134.15, 64.1-122, 64.1-128

Fairfax County Circuit Court                    Court File No.: F070804

        I, the duly qualified clerk/deputy clerk of this Court, **CERTIFY** that on the **twenty fifth** day of **March, 2003,**

**ZEENIA SATTI**

duly qualified in this court, under applicable provisions of law, as **ADMINISTRATOR**

of the Estate of **BRANT MARCUS SIMENSON**, deceased.

        The powers of the fiduciary(ies) named above continue in full force and effect.

**$100.00** bond has been posted.

Given under my hand and the seal of this Court on

<u>March 25, 2003</u>
    DATE

                  <u>John T. Frey</u>, Clerk

by     _____, Deputy Clerk

FORM CC-1625 (w) PC 9/97