**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

# RECEIVED

JUN 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Zeenia Satti**
    Plaintiff in pro se

**Minor Plaintiff Alexander Christophe Simenson**
    Represented by Mother Zeenia Satti

**V.**
                               **Civil Action No. 1:06cv00826**

**The United States Department of Defense et al**

    Defendants

## AFFIDAVIT OF SERVICE

I, Zeenia Satti, hereby declare that on the 12th day of May, 2006, I mailed a copy of the summons and complaint, via United States Postal Service, certified mail return receipt requested, to the U.S Attorney for the District of Columbia. Attached hereto is the certified green card acknowledging service.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>A Leu  5/15/06 |
| 1. Article Addressed to:<br>*The U.S Attorney for the District @ Columbia 501, 3rd Street NW Washington DC 20001* | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>MAY 1 6 2006 |
| | 3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7005 1160 0CJ01 1509 0035 | |
| PS Form 3811, February 2004  Domestic Return Receipt | i95-02-M-1540 |

Zeenia Satti
3636, 16th St. N.W. Apt. No. B726
Washington DC 20010
Tel. 202.328.1156

Dated. June 13th, 2006

**RECEIVED**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JUN 1 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Zeenia Satti**
    Plaintiff in pro se

**Minor Plaintiff Alexander Christophe Simenson**
    Represented by Mother Zeenia Satti

**V.**                                        Civil Action No. 1:06cv00826

**The United States Department of Defense et al**

    Defendants

### AFFIDAVIT OF SERVICE

I, Zeenia Satti, hereby declare that on the 12th day of May, 2006, I mailed a copy of the
summons and complaint, via United States Postal Service, certified mail return receipt
requested, to the U.S Attorney General. Attached hereto is the certified green card
acknowledging service.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X ☐ Agent ☐ Addressee <br> B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to: <br><br> *United States Attorney General* <br> *950 Pennsylvania Ave N.W* <br> *Washington DC 20530* | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br><br> MAY 1 6 2006 |
|  | 3. Service Type <br> ☑ Certified Mail ☐ Express Mail <br> ☐ Registered ☐ Return Receipt for Merchandise <br> ☐ Insured Mail ☐ C.O.D. |
|  | 4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number <br> (*Transfer from service label*) | |

PS Form **3811**, February 2004          Domestic Return Receipt          102595-02-M-1540

*Dated: June 8th, 2006*

*Encl: postal receipt = 01*

Zeenia Satti
3636, 16th St. N.W. Apt. No. B726
Washington DC 20010
Tel. 202.328.1156

7005 1160 0001 1509 0370

CERTIFIED MAIL RECEIPT

OFFICIAL

WASHINGTON DC 20530

| Postage | $ | $1.11 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.36 |

05/12/2006

Sent To
United States Attorney General
Street, Apt. No.;
or PO Box No. 950 Pennsylvania Ave N.W
City, State, ZIP+4
Washington DC 20530



**UNITED STATES POSTAL SERVICE**

## Track/Confirm - Intranet Item Inquiry
### Item Number: 7005 1160 0001 1509 0370

**This item was delivered on 05/16/2006 at 04:44**



**Enter Request Type and Item Number:**

**Quick Search** ⦿        **Extensive Search** ⦾

Explanation of Quick and Extensive Searches

Submit

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.