RECEIVED
JUN 1 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Zeenia Satti**
    Plaintiff in pro se

**Minor Plaintiff Alexander Christophe Simenson**
    Represented by Mother Zeenia Satti

V.    Civil Action No. 1:06cv00826 (RWR)

**The United States Department of Defense et al**

    Defendants

## AFFIDAVIT OF SERVICE

I, Zeenia Satti, hereby declare that on the 12th day of May, 2006, I hired a licensed process server named Same Day Process Service, to serve the summons and complaint on the United States Department of State and Alexis Skotzko at the United States Department of State. According to the Process Server, the summons and complaint was served on the above named defendants on the 12th of May, 2006. The Affidavits of the Process Server are enclosed.

Zeenia Satti
3636 16th St. N.W
Apt. B726
Washington DC 20010
Tel. 202. 328.1156

Dated: June 13th, 2006

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|

**Zeenia Satti**

    Plaintiff

vs.

**U.S. Department of Defense**

    Defendant

Attorney:

Zeenia Satti
3636 16th St., NW, Apt. B726
Washington, DC. 20010

Case Number: 1:06CV00826

Court Date:
Court Time:

Legal documents received by Same Day Process Service on May 12th, 2006 at 9:30 AM to be served upon **The United States Department of State at 2201 C St., NW, Washington, DC. 20521**

I, Brandon A. Snesko, swear and affirm that on **May 12th, 2006 at 1:30 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons and Complaint**, to **Nell McKinley** as **Administrative Assistant / Authorized Agent** of the within named agency, to wit: **Department of State** and informing that person of the contents of the documents. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Description of Person Accepting Service:**
Sex: Male   Age: 35   Height: 5'9   Weight: 185   Skin Color: Black   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

**Brandon A. Snesko**
Process Server

**Same Day Process Service**
**1322 Maryland Ave., NE**
**Washington, DC 20002**

**(202) 398-4200**

Internal Job ID: 0000000474

Copyright 2005 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Zeenia Satti** | Attorney: |
| Plaintiff | Zeenia Satti |
| vs. | 3636 16th St., NW, Apt. B726 |
| | Washington, DC. 20010 |
| **U.S. Department of Defense** | |
| Defendant | |

Case Number: 1:06CV00826

Court Date:
Court Time:

Legal documents received by Same Day Process Service on May 12th, 2006 at 9:30 AM to be served upon **Alexis Skotzko, The United States Department of State at 2201 C St., NW, Washington, DC. 20521**

I, Brandon A. Snesko, swear and affirm that on **May 12th, 2006 at 1:30 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons and Complaint**, to **Nell McKinley** as **Administrative Assistant / Authorized Agent** of the within named agency, to wit: **Department of State** and informing that person of the contents of the documents. The service date, time, my initials and/or name, and identification number, if required by state statute, were listed on the document served.

**Description of Person Accepting Service:**
Sex: Male   Age: 35   Height: 5'9   Weight: 185   Skin Color: Black   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

**Brandon A. Snesko**
Process Server

**Same Day Process Service**
**1322 Maryland Ave., NE**
**Washington, DC 20002**

(202) 398-4200

Internal Job ID: 0000000473

Copyright 2005 Process Server Central, LLC. All rights reserved.