IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZEENIA SATTI )<br>as mother and next friend of A. C. S., a minor )<br>3636 16th Street, NW )<br>Apartment B726 )<br>Washington, DC 20010 )<br>      )<br>            Plaintiff, )<br>      )<br>   v.     ) | Civil Action No. 06-0826 (RWR) |
| United States Department of the Defense, )<br>      )<br>      and     )<br>      )<br>United States Department of State )<br>      )<br>      and     )<br>      )<br>ALEXIS SKOTZKO )<br>      )<br>            Defendants. )| |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Kevin K. Robitaille, Special Assistant U.S. Attorney, as counsel of record for defendants United States Department of Defense and United States Department of State in the above-captioned case.

                    Respectfully submitted,

                    _____/s/_____
                    KEVIN K. ROBITAILLE
                    Special Assistant U.S. Attorney
                    Civil Division
                    555 Fourth St., N.W.
                    Washington, D.C. 20530
                    202-353-9895 / FAX 202-514-8780

## **CERTIFICATE OF SERVICE**

_____I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

ZEENIA SATTI
3636 16th Street, NW
Apartment B726
Washington, DC 20010

on this 11th day of July, 2006.

                                                            Respectfully submitted,

                                                           _____/s/_____
                                                           KEVIN K. ROBITAILLE
                                                           Special Assistant U.S. Attorney
                                                           Civil Division
                                                           555 Fourth St., N.W.
                                                           Washington, D.C.  20530
                                                           202-353-9895  / FAX 202-514-8780