IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZEENIA SATTI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0826 (RWR) |
| ) | |
| United States Department of the Defense, et al ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff pro se brings suit based on allegations related to the death of her purported husband in Pakistan. Defendants Department of Defense and Department of State respectfully move this Court for a Thirty-five (35) day enlargement of time through and including August 18, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Defendants' answer, motion or other response to the Complaint is presently due July 14, 2006.

2. Defendant has been diligently working on this matter; however, Defendant is having difficulty locating any record related to the decedent as a Special Forces Major, as alleged in the compliant. Additionally, the allegations in the complaint occurred overseas, and defendants need additional time to gather records related to Plaintiff's claims and to review the issues presented, prepare an appropriate answer, motion, or other response.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the first enlargement of time sought in this matter.

5. Defendant's counsel attempted to contact Plaintiff regarding this matter but has been unable to reach her.

For these reasons, defendant requests that the Court grant its Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond. A proposed order is included with this Motion.

                              Respectfully submitted,

                              _____/s/_____
                              KENNETH L. WAINSTEIN, D.C. Bar #451058
                              United States Attorney

                              _____/s/_____
                              RUDOLPH CONTRERAS D.C. Bar No. 434122
                              Assistant United States Attorney

                              _____/s/_____
                              KEVIN K. ROBITAILLE
                              Special Assistant U.S. Attorney
                              555 Fourth Street, N.W., 10th Floor
                              Washington, D.C. 20530
                              (202) 353-9895

**CERTIFICATE OF SERVICE**

_____I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

ZEENIA SATTI
3636 16th Street, NW
Apartment B726
Washington, DC 20010

on this 11th day of July, 2006.

                                                  Respectfully submitted,

                                          _____/s/_____
                                          KEVIN K. ROBITAILLE
                                          Special Assistant U.S. Attorney
                                          Civil Division
                                          555 Fourth St., N.W.
                                          Washington, D.C.  20530
                                          202-353-9895  / FAX 202-514-8780