**v.**                                                    )        **Civil Action No. 06-0826 (RWR)**

Case 1:06-cv-00826-RWR     Document 6     Filed 08/17/2006     Page 1 of 1