IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ZEENIA SATTI** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0826 (RWR) |
| ) | |
| United States Department of the Defense, et al ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of Defendant's Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to the Complaint, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including August 25, 2006, to answer or otherwise respond to Plaintiffs' Complaint.

Dated this _____ day of _____, 2006.


_____
Richard W. Roberts
United States District Judge

Copies to:
ZEENIA SATTI
3636 16th Street, NW
Apartment B726
Washington, DC 20010

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780