IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ZEENIA SATTI** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | Civil Action No. 06-0826 (RWR) |
| ) | |
| **United States Department of the Defense, et al** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### ERRATA

COMES NOW Defendant, through undersigned counsel, to respectfully notify Plaintiff and the Court that defendants mistakenly filed the wrong document when filing its Motion for Enlargement. The attached document should have been filed. This mistake was caused by the failure to form a proper PDF. Defendant apologizes for any inconveniences.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895

## CERTIFICATE OF SERVICE

_____I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

ZEENIA SATTI
3636 16th Street, NW
Apartment B726
Washington, DC 20010

on this 21st day of August, 2006.

Respectfully submitted,

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780
