IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZEENIA SATTI,  )<br> )<br>Plaintiff,  )<br> )<br>v.   )<br> )<br>United States Department of the Defense, et al  )<br> )<br>Defendants.  )<br> ) | Civil Action No. 06-0826 (RWR) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE OR OTHERWISE RESPOND**

Plaintiff pro se brings suit based on allegations related to the death of her purported husband in Pakistan. Defendants Department of Defense and Department of State respectfully move this Court for a Seven (7) day enlargement of time through and including August 25, 2006, within which to answer, move, or otherwise respond to the Complaint in this matter. Good cause exists to grant this motion:

1. Defendants' answer, motion or other response to the Complaint is presently due August 18, 2006.

2. Defendant has been diligently working on this matter; however, Defendant needs additional time to receive information from overseas. .

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the second enlargement of time sought in this matter.

5. Plaintiff, pro se indicates that she objects to this relief.

For these reasons, defendant requests that the Court grant its Motion for Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed order is included with this Motion.

Respectfully submitted,

_____/s/_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney


_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W., 10th Floor
Washington, D.C. 20530
(202) 353-9895

## **CERTIFICATE OF SERVICE**

_____I hereby certify that a copy of the foregoing was served by First-Class Mail; postage prepaid to:

ZEENIA SATTI
3636 16th Street, NW
Apartment B726
Washington, DC 20010

on this 17th day of August, 2006.

                                              Respectfully submitted,

                                        _____/s/_____
                                        KEVIN K. ROBITAILLE
                                        Special Assistant U.S. Attorney
                                        Civil Division
                                        555 Fourth St., N.W.
                                        Washington, D.C.  20530
                                        202-353-9895  / FAX 202-514-8780