**IN THE ARBITRATION COUNCIL ISLAMABAD CAPITAL TERRITORY**

CASE NO.MFL-ID/99-178                                    REGD. ON 12-11-1999

        Mst. Zeenia Satti
        D/o Brigadier Satti
        H.No.267-A, Street No 22, E-7, Islamabad

                VS

        Mr. Brant Marcus Simenson
        Alias Muhammad Farhan Khan
        1 Mayfair Suites, Royal Enclave,
        Diplomatic Enclave, G-5, Islamabad

Subject:- **NOTICE OF DIVORCE THROUGH TALAQ-E-TAFWEEZ UNDER SECTION 8, 7(1) OF MUSLIM FAMILY LAWS ORDINANCE/RULES, 1961.**

Notice of divorce from Mst. Zeenia Satti through Talaq-e-Tafweez served upon her husband Mr. Muhammad Farhan (Brant Marcus) received in this office on 12-11-1999 for proceedings as required under Muslim Family Laws Ordinance/Rules, 1961.

Both the parties were directed to nominate their representative for participation in the proceedings of the Arbitration Council. The representative of Mst. Zeenia Satti appeared on 16-12-99 and stated that there is no chance of reconciliation and the decision of the divorce is final. However, the original/copy of Nikah Nama was not presented in the Arbitration Council so the case was kept pending on 28-1-2000.

An application was received from Zeenia Satti on 31-1-2001 alongwith copy of Nikah Nama and requested that certificate of divorce be issued. On receipt of said application, both the parties were directed to be appear in person or through representative but inspite of repeated notices Mst. Zeenia Satti did not appeared. However Mr. Muhammad Farhan (2nd party) appeared and requested that effectiveness certificate may please be issued as no conciliation is made between the parties.

After thorough examination of statement and record, it reveals that the divorce was registered with Arbitration Council on 12-11-99 by Mst. Zeenia Satti and she never revoked the divorce within the stipulated period of 90 days and no compromise could take place between the parties within 90 days as required under the law. As a result of failure of Arbitration Council, a certificate of divorce is issued to the parties accordingly.

                                                            **A.D.(LG&RD)/CHAIRMAN**
                                AFTAB Butt       **ARBITRATION COUNCIL**
                                (Advocate)       **ICT, ISLAMABAD**

No.MFL-ID/99-178 - 205 -
Dated 02 -04-2002

1. Mst. Zeenia Satti D/o Brigadier Satti H.No.267-A, Street No 22, E-7, Islamabad
2. Mr. Brant Marcus Simenson Alias Muhammad Farhan Khan, 1 Mayfair Suites, Royal Enclave, Diplomatic Enclave, G-5, Islamabad.