UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Zeenia Satti, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action: 1:06CV00826 (RWR) |
| ) | |
| U.S. DEP'T OF DEFENSE, Et al., ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF THOMAS M. JONES

I, Thomas M. Jones, make the following declaration under penalty of perjury:

1. I am the Chief, Freedom of Information/Privacy Act Program, for the United States Army Human Resources Command located in Alexandria, Virginia (hereinafter HRC). The HRC mission is to provide centralized personnel management operations for officer and enlisted soldiers in the active Army worldwide. The Casualty and Memorial Affairs Operations Center falls under the purview of HRC. Due to the nature of my official duties, I am familiar with the procedures followed by HRC in responding to requests for information from its files pursuant to 5 U.S.C. sec. 552, the Freedom of Information Act, and 5 U.S.C. sec. 552a, the Privacy Act. I have been employed in this position for approximately six (6) years. Specifically, I am familiar with the various data bases through which the military status of an individual can be ascertained whether discharged, retired, or deceased. I am familiar with the configuration and operation of military personnel management and accountability systems within HRC.

2. HRC-Alexandria is the Initial Denial Authority (IDA) for FOIA requests and the Access and Amendment Refusal Authority (AARA) for Privacy Act requests for military personnel files relating to active duty military personnel matters, personnel locator, physical disability determinations, and other military personnel administration records. This includes requests for records relating to military casualty and memorialization activities, heraldic activities, voting, records relating to identification cards, naturalization and citizenship, commercial solicitation, Military Postal Service Agency and Army postal and unofficial mail service. As the IDA and AARA, HRC is authorized to withhold in whole or in part records requested under the FOIA and Privacy Act.

3. I am familiar with the subject lawsuit and plaintiff's assertion that her husband, Brant Marcus Simenson, who died May 17th, 2002, allegedly was a military officer at the time of death who worked for the U.S. Special Forces in the rank of Major. "Special Forces," commonly referred to as "Green Berets," is a branch or career management field of the Army specializing in unconventional warfare. Army Special Forces Branch, the personnel career management branch

for Special Forces officers, including those in the rank of Major, is located at HRC Alexandria. All information contained herein is based upon information furnished to me in my official capacity or upon my personal inquiry into this matter.

4. On July 10, 2006, in coordination with the appropriate officials at HRC-Alexandria and HRC-St. Louis, the following redundant record systems were checked by name and/or SSN to ascertain whether Brant Marcus Simenson (SSN 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; DOB: July 28, 1965; DOD: May 17, 2002) was ever a member of the Special Forces, the Army, or a deceased member of any branch of military service. As a result of these multiple searches, no record of any officer or enlisted person named Brant Marcus Simenson was found. Each search is described in more detail below.

   a. Officer Records: Individual Personnel Electronic Record Management System (IPERMS) maintains the electronic Official Military Personnel File on active duty officers. Both new and old IPERMS were checked: No Records.

   b. Enlisted Records and Evaluation Center (EREC): EREC tracks regular Army active duty. Also maintains electronic records on active duty enlisted personnel. Maintains the Army World Wide Locator. EREC also retires enlisted records to NPRC. Searched all databases. No Records.

   c. Army Knowledge On-line: Provides an electronic address/telephone directory of active duty officers, enlisted personnel and civilians. White pages directory was searched. No Records.

   d. Soldier Management System (HRC-St. Louis): Database providing electronic records pertaining to active, reserve, and discharged Army servicemen to include special forces personnel. Database search produced no Records.

   e. National Personnel Records Center (St. Louis): The government's military personnel record keeping agency. Maintains records on all discharged, retired, or deceased service members of all military branches (Army, Navy, Air Force, Marines). The NPRC electronic database system was queried by SSN which means that any available service record keyed by the SSN would appear--regardless of branch of military service. No Records.

   f. Special Forces (SF) Branch, HRC: The SF Branch is responsible for the career management of officers assigned to Special Forces. Career Advisors maintain personnel records on officers currently assigned in SF. No Records.

   g. Special Management Division, HRC: Tracks officers currently assigned or previously assigned to Special Forces. No Records.

   h. Casualty and Memorial Affairs Operations Center: Maintains the Individual Deceased Personnel Files (IDPF) of soldiers killed on active duty. The IDPFs contain death and burial information. No Records.

**DECLARATION OF THOMAS M. JONES**

I declare under penalty of perjury, pursuant to 28 U.S.C. Section 1746, that the foregoing is true and correct to the best of my knowledge, information and belief. Executed this 12th day of July, 2006 at Alexandria, Virginia. under the laws of the United States of America that the foregoing is true and correct.

*[signature]*

THOMAS M. JONES

U.S. Army Human Resources Command

Freedom of Information Act Program (AHRC-FOI)

200 Stovall Street

Alexandria, VA 22332

**DECLARATION OF THOMAS M. JONES**