**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Zeenia Satti, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action: 1:06CV00826 (RWR) |
| | ) | |
| U.S. DEP'T OF DEFENSE, Et al., | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF COLONEL NEIL H. TOLLEY**

I, Neil H. Tolley, Colonel, United States Army, make the following declaration under penalty of perjury:

    1. I am the Senior National Guard Advisor for the United States Army Special

Operations Command (USASOC) located at Fort Bragg, North Carolina. USASOC is the Army

Command that consists of US Army Special Forces Command (Airborne) (USASFC(A)),

composed of "Special Forces" Soldiers, and other specialized units. Army "Special Forces" (SF)

Soldiers are also commonly known as "Green Berets." One of the ultimate responsibilities of

USASOC is to assure personnel accountability of SF personnel and assure any casualty affairs

responsibilities are successfully carried out, to include interaction with families. In my capacity

as Senior National Guard Advisor, I have full access to all Army databases, including Active

Component, Reserve Component, and National Guard, and am uniquely qualified to provide the

thorough search as requested in this instance. I have been employed in this capacity since July of

2003, approximately three years. In my capacity as Senior National Guard Advisor, I am

personally familiar with the records systems and databases that were searched.

    2. I am familiar with the subject lawsuit and plaintiff's assertion that her spouse, "Brant

Marcus Simenson," died on "May 17th, 2002." The plaintiff claims that Mr. Simenson was in the

"Special Forces. . . in the rank of Major." All information contained herein is based upon information furnished to me in my official capacity or upon my personal inquiry into this matter.

3.  On or about 17 July 2006, diligent searches were conducted of the Army Training Requirements and Resources System (ATRRS), Reserve Component Manpower System (RCMS), RETAIN Army Retention Database, and the Army Individual Personnel Management System (IPERMS) using the name "Brant Marcus Simenson." These records/systems/databases record personnel that are in or have been in service with the Army. These searches entailed searching by name and by a provided Social Security Number entered into the database search function. As a result of the above searches where such information was reasonably likely to be found, no record of a Special Forces Officer or Soldier named "Brant Marcus Simenson" was found.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief. Executed this 17th day of July, 2006 at Fort Bragg, NC.

Neil H. Tolley
Colonel, US Army

2