IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZEENIA SATTI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0826 (RWR) |
| ) | |
| United States Department of the Defense, et al ) | |
| ) | |
| Defendants. ) | |

## DECLARATION

The following unsworn statement is made in accordance with 28 U.S.C. § 1746.

1. My name is Jennifer I. Toole. I am an Attorney-Adviser in the Office of International Claims and Investment Disputes, Office of the Legal Adviser, U.S. Department of State.

2. I am responsible for monitoring all tort claims that are filed against the Department of State, and the investigation of those claims. The information contained in this Declaration is based on first hand knowledge or information obtained in my official capacity.

3. A search of the Department of State's tort claim records dating back to 2000 shows that plaintiff, Zeenia Satti, has not filed an administrative tort claim with the Department of State.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the date below in the United States of America.

DATE: 8/25/2006

Jennifer Toole