IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Zeenia Satti, ) | |
| ) | Case Number: 1:06CV00826 |
| Plaintiff pro se, ) | |
| ) | |
| v. ) | |
| ) | |
| The United States Department of Defense, ) | |
| The United States Department of State, ) | |
| Alexis Skotzko at the U.S. Department of State, ) | |
| ) | |
| Defendants. ) | |

DECLARATION

I, Colonel Jill M. Grant, declare as follows:

1. The undersigned is presently and has been at all times since September 20, 2005 Chief of Tort Claims Division, U.S. Army Claims Service, Fort Meade, Maryland. In this capacity I receive all claims against the Army in the amount in excess of $50,000. This includes claims under the Federal Tort Claims Act, 28 U.S.C. §§ 2671-2680, and other related tort claims statutes arising from the acts or omission of members or employees of the active Army, Army National Guard and Department of Defense.

2. A thorough search of all records and files available to this Service since 1988 has found that no administrative claim was filed by Zeenia Satti, individually or on behalf of minor plaintiff Alexander Christophe Simenson, under the above-mentioned statutes.

3. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*Jill M Grant*
JILL M. GRANT
Colonel, U.S. Army
Chief, Tort Claims Division
U.S. Army Claims Service
Office of The Judge Advocate General
4411 Llewellyn Avenue
Fort Meade, MD 20755-5360
(301) 677-7009, ext. 211

Executed this the 10th day of July, 2006, at Fort Meade, Maryland.