Islamic Republic of Pakistan )
City of Islamabad ) ss:
Embassy of the )
United States of America )

# DECLARATION OF KAY L. ANSKE

I, Kay L. Anske, hereby depose and say as follows:

1. I am the Consul General at the U.S. Embassy in Islamabad Pakistan.

2. When the U.S. Embassy learned of the death of Mr. Brant Simenson, that information was confirmed to his parents in a letter from David T. Donohue who was then the Consul General at this Embassy.

3. Mr. Simenson's parents were contacted because he listed his mother, Katherine Simenson, in his passport application as the person to notify in case of emergency.

I declare under penalty of perjury that the foregoing is true and correct (28 U.S.C. 1746). Executed in Islamabad, Pakistan.

_____
Kay L. Anske
(Name)

Date: August 21, 2006



Embassy of the United States of America
Consular Section, Diplomatic Enclave,
Ramna 5, Islamabad, Pakistan
May 17, 2002

For: Katy and Bill Simenson

Dear Mr. and Mrs. Simenson:

1. It is with profound regret that we must confirm the death of your son, Brant Marcus Simenson, on May 17, 2002 in Balakot District of Northwest Frontier Province, Pakistan. You and your family have our deepest sympathy at this time.

2. As I explained in my telephone call to Ricarda, we are sending this letter to provide you with the information we have received on the death of your loved one. The letter also contains important information to assist you in making some decisions that must be faced at this time. We are prepared to be helpful to you in whatever way we can and, if you wish, we can serve as your liaison with appropriate local authorities.

3. The Embassy was officially notified of Brant's tragic fall by Mr. Khalid of Vista tour company in the afternoon of May 17, 2002. American Consular Officer Ashley Bagwell traveled to Balakot and confirmed his death late that night. Witness say that your son was bird watching in the early morning hours of May 17 and slipped and fell down a ravine. Local authorities and shepherds in the area spent much of the day trying to rescue him and eventually brought his remains to the Balakot police station around 11:00 p.m. Witnesses believe that you son died during the fall. We will send you further reports as soon as local authorities determine more about the circumstances of his death. Brant will be brought to Islamabad on Saturday, where we will await your further instructions. Dr. Buck, who was with Brant at the time of the accident will also try to telephone you on Saturday to provide more details.

4. Identification has been established by Passport No. Z7639591 issued to Brant Marcus Simenson on April 11, 1996 at Islamabad.

5. It is unfortunate at this sad time that we must also immediately call your attention to the urgent need for making necessary arrangements

6. Burial is customary in Pakistan. Should you decide to have burial take place in Pakistan, the consular officer and local officials will take every possible care to follow your wishes as to ceremony and site of burial. The cost for burial in Pakistan is approximately $500 (five hundred dollars). A cremation facility used by the local Hindu community is available in Rawalpindi. The cost for cremation and disposition of ashes in Pakistan is approximately $500 (five hundred dollars). The cost for cremation and air shipment of ashes to the United States is approximately $800 (eight hundred dollars)

7. The costs for shipping the remains to the United States from Pakistan are substantially greater due to the high cost of air freight and preparation. The total cost for preparation and air shipment is approximately $5,000 (five thousand dollars). We should point out that preparation and air shipment of remains is carried out in accordance with the laws of and facilities available in Pakistan, and, in most cases, the services fall short of those expected in the United States. It is recommended that your home town funeral director be requested to determine the advisability of viewing the remains. If you choose to have your son's remains shipped to the United States, please provide the name, address and telephone number of your funeral director.

8. Your relative, Alex Skotzko has offered to assist in any way he can. We will carry out your desired instructions as soon as the required instructions are provided and financial arrangements made. For information on how to relay to us both the funds and your instructions, please telephone as soon as possible the Citizens Emergency Center (CA/OCS/EMR) at the Department of State at (202) 647-5226

between the hours of 8:15 a.m. and 10:00 p.m. EST Monday through Friday. At other times, the CA/OCS/EMR duty officer may be contacted at (202) 647-1512.

9. Upon receipt of your instructions and required funds, such instructions will be carried out as promptly as circumstances permit. Due to the number of documents required by the Pakistan Government, and limited flight availability in Pakistan, there will be a three to seven day interval between receipt of funds and shipment of the remains. We will advise you promptly, both telephonically and telegraphically as soon as shipment arrangements are completed.

10. The consular section of the Embassy will take charge of all personal effects of your son and send you an inventory along with a detailed explanation of what will be required for disposition of the effects unless you choose to designate someone else in writing to assume responsibility for his estate.

11. Copies of a "Report of Death of an American Citizen Abroad" prepared by the American Embassy in Islamabad will be forwarded to you as soon as possible. This document is in English and is based upon the Pakistani death certificate. It can be used in U.S. courts to settle estate matters. As the Report of Death can only be issued after Pakistani authorities complete their documentation of the death, we anticipate an interval of a week before the Report of Death can be issued. Certified copies will be sent to you and the original will be sent to the Department of State for permanent filing.

12. At least six copies (more if you request) of the Report of Death of an American Citizen Abroad, issued at the time of death, are free of charge. In the future, for a fee of ten dollars per copy, payable to the Department of State by check or money order, extra certified copies of this Report of Death may be obtained from the following office:

U.S. Department of State
Passport Services Correspondence Branch
CA/PPT/PS/PC, Room 386
1425 K Street, N.W.
Washington, D.C. 20524

13. After all bills for costs incurred in the preparation and shipment of remains have been received and paid, you will be sent an itemized accounting of final costs. Any balance left will be refunded to you by the Department of State.

14. Please feel free to contact the consular section of the American Embassy by telephoning 92-51-2080-0000 any time. May I extend, on behalf of the United States Government, our sincere condolences to you in your bereavement.

Sincerely,

David T. Donahue
U.S. Consul General
U.S. Embassy
Islamabad, Pakistan

FAX NUMBER AT EMBASSY
92-51-2822632

e-mail: donahuedt@state.gov