Islamic Republic of Pakistan )
City of Islamabad ) ss:
Embassy of the )
United States of America )

# CERTIFICATE

I, <u>Kay L. Anske</u>, certify that I am the <u>Consul General</u> at the U.S. Embassy in Islamabad, Pakistan and that the annexed document is a true and faithful copy of a letter received by the Embassy in connection with the death of Mr. Brant Simenson. I declare under penalty of perjury that the foregoing is true and correct (28 U.S.C 1746)

_____
Kay L. Anske
(NAME)

Date: <u>August 21, 2006</u>

My dear David Donahue

      Thank you for calling me and conveying Mr. & Mrs. Simenson's message. I have written to them. I do not have the strength to call just now.

In the end it was a wise decision on their part to ask for cremation of the body. I wish I had never seen it myself. I would much rather have remembered him the way he was before he died
Strong, my unrelenting batterer. My mind was completely blown at seeing him. No body should ever get bruised like that. From incredulity that this couldn't be him to protectiveness that wanted to bathe him, put him in fragrant white coffin and do his last rites, I went through a tough, traumatic experience. If I, his ex battered wife was so traumatized at seeing his body, his parent's reaction could be much worse.

I got Alex's message from my uncle, Ikram Azam asking me to get in touch with him if I needed anything Please convey my gratitude to him for asking and the fact that I was no longer Brant's wife when he died. Hence to expect and accept anything in his death would be ethically and legally incorrect and emotionally unacceptable. If Brant has left his son anything, my ex in-laws are decent folks and would convey it to him in time.

I would, however, like a T-shirt of Brant's, preferably something with a bird on it ( he had many like that) for Alex to keep and touch as part of his father's. If he gave it to you I could come and collect it from the Embassy along with the toys.

I thank you once again for your phone calls and your kind words.

Sincerely,

ZEENIA SATTI