UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZEENIA SATTI, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| ) | |
| v. ) | Civil Action No. 1:06CV00826 |
| ) | |
| THE UNITED STATES DEPARTMENT ) | |
| OF DEFENSE, ) | |
| THE UNITED STATES DEPARTMENT ) | |
| OF STATE, ) | |
| ALEXIS SKOTZKO AT THE UNITED ) | |
| STATES DEPARTMENT OF STATE, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' STATEMENT OF MATERIAL FACTS
TO WHICH THERE IS NO GENUINE DISPUTE**

Pursuant to LCvR 7(h) and in support of Defendants' Motion for Summary Judgment, Defendants respectfully submit this statement of material facts as to which there are no genuine disputes.

1. Plaintiff was married to Brant Simenson on April 22, 1995 in Fairfax County, Virginia. See Complaint Exhibit A.

2. The couple gave birth to minor plaintiff Alexander Simenson in Islamabad, Pakistan on May 25, 1997 and the child was documented with a Consular Report of Birth Abroad. See Complaint Exhibit B.

3. On November 12, 1999, Ms. Satti registered a notice of divorce in the Islamabad Capital Territory Arbitration Council.  See Defendant's Exhibit 1; hereinafter DEX #.

4. Because she did not revoke the divorce registration within 90 days, under Section 8.7(1) of the

Muslim Family Laws Ordinance/Rules, 1961 the Arbitration Council confirmed the 1999 divorce and issued a certificate of divorce on April 2, 2002.  Id.

5.  Plaintiff alleges that decedent was a Major in the Special Forces but searches of U.S. Army and Department f Defense data bases reveal the decedent was not a United States military officer.

6.   Mr. Simenson designated his mother as his emergency contact on his passport application. Passport Application, DEX 7.

7.  Based on the decedent's designation of his mother as his emergency contact, the embassy sent a letter to his parents, from the Consul General, notifying the parents of the circumstances of their son's death.  Declaration of Kay L. Anske, DEX 6.

8.  Shortly after notifying the parents, the embassy received a letter from Plaintiff.  In it she acknowledges being notified, acknowledges being divorced, and even thanks Alexis Skotzko for asking if she wanted any of her ex-husband's possessions.  Satti letter, DEX 8.

Respectfully  submitted,

_____/s_____
KENNETH L.  WAINSTEIN, D.C.  Bar #451058
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar No.  434122
Assistant United States Attorney


_____/s_____
KEVIN K. ROBITAILLE
Special Assistant U.S.  Attorney
555 Fourth Street, N.W.,
Washington, D.C.  20530
(202) 353-9895

Of Counsel:
Lieutenant Colonel Michael Seidel
U.S. Army Legal Services Agency
901 North Stuart Street
Arlington, Virginia  22203-1837