## CERTIFICATE OF SERVICE

_____I hereby certify that a copy of the foregoing was served by First-Class Mail; postage

prepaid to:

ZEENIA SATTI
3636 16th Street, NW
Apartment B726
Washington, DC 20010

on this 25th day of August, 2006.

Respectfully submitted,

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780