IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ZEENIA SATTI**

        **Plaintiff,**

v.                              Civil Action No. 06-0826 (RWR)

**United States Department of the Defense, et al**

        **Defendants.**

## ORDER

Upon consideration of Defendants' Motion to Dismiss, in Part, and for Summary Judgment, and the opposition thereto, and the Court having considered the entire record herein, it is, this _____ day of _____, 2006,

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that judgment shall be entered for Defendant, and that this matter is hereby DISMISSED WITH PREJUDICE.

This is a final, appealable order.

Dated this _____ day of _____, 2006.

                                                              _____
                                                              Richard W. Roberts
                                                              United States District Judge

Copies to:
ZEENIA SATTI
3636 16th Street, NW
Apartment B726
Washington, DC 20010

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780