# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZEENIA SATTI, et al.              ) | |
|                                   ) | |
|    Plaintiffs,     ) | |
|                                   ) | |
|    v.              ) | No. 1:06-CV-00826 |
|                                   ) | RWR |
| THE UNITED STATES DEPARTMENT      ) | |
| OF DEFENSE,                       ) | |
| THE UNITED STATES DEPARTMENT      ) | |
| OF STATE,                         ) | |
| ALEXIS SKOTZKO AT THE UNITED      ) | |
| STATES DEPARTMENT OF STATE,       ) | |
|                                   ) | |
|    Defendants.     ) | |

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO MOTION TO DISMISS OR FOR SUMMARY JUDGMENT

Plaintiff Zeenia Satti submits this motion to extend the deadline to respond to Defendants' Motion To Dismiss In Part Or In The Alternative For Summary Judgment until September 22, 2005.

On May 4, 2006, Plaintiff Zeenia Satti filed a Complaint with this Court *pro se* on behalf of herself and her minor child, Alexander Christophe Simenson. On August 25, 2006, Defendants filed a Motion To Dismiss In Part Or In The Alternative For Summary Judgment. Pursuant to Local Rules, Plaintiffs' response to this motion is due on Friday, September 8, 2006. Plaintiffs have recently retained counsel in this matter and counsel needs additional time to file a response to Defendants' motion. Plaintiff therefore requests an extension of their response deadline until Friday, September 22, 2006.

Before filing this motion, Plaintiffs' counsel conferred with counsel for the Defendants regarding the requested extension. Counsel for the Defendants does not oppose this extension of time.

This extension is requested so that justice will be done and is not sought for purposes of delay. It will have no impact on any other deadline in this case.

Dated:     September 8, 2006

                                                  Respectfully submitted,

/s/ Merrill C. Godfrey
Merrill C. Godfrey, DC Bar # 464758
Sean T. Morris, DC Bar # 495039
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone:  (202) 887-4000
Telecopier:  (202) 887-4288

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

      I hereby certify that counsel for the Plaintiffs contacted Defendants' counsel on September 6, 2006 concerning extending the response deadline until September 22, 2006. Counsel for Defendants responded on September 7, 2006 indicating that he does not oppose Plaintiffs' request for this extension.

                                          /s/ Merrill C. Godfrey
                                          Merrill C. Godfrey

## CERTIFICATE OF SERVICE

      I hereby certify that on this 8th day of September, 2006, a true and correct copy of the foregoing was mailed to Counsel for the Defendant at the address below:

      Kevin K. Robitaille
      Special Assistant United States Attorney
      555 Fourth Street, N.W.
      Washington, DC 20530

                                          /s/ Merrill C. Godfrey
                                          Merrill C. Godfrey