IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ZEENIA SATTI ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0826 (RWR) |
| ) | |
| United States Department of the Defense, et al ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO REPLY**

Plaintiff brings suit based on allegations related to the death of her purported husband in Pakistan. Defendants Department of Defense and Department of State respectfully move this Court for a ten (10) day enlargement of time through and including October 12, 2006, within which reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or for Summary Judgment. Good cause exists to grant this motion:

1. Defendant's opposition and reply are currently due October 2, 2006.

2. Defendant has been diligently working on this matter; however, undersigned counsel has had to respond on short notice to two motions for emergency injunction pending appeal and therefore, defendant needs additional time to address the factual and legal claims raised by plaintiff.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the first enlargement of time sought regarding this reply.

5. Plaintiff through counsel consents to this enlargement.

For these reasons, defendant requests that the Court grant its Consent Motion for Enlargement of Time Within Which file Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss or for Summary Judgment. A proposed order is included with this Motion.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895