IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ZEENIA SATTI**     ) | |
| ) | |
| **Plaintiff,**    ) | |
| ) | |
| v.         ) | Civil Action No. 06-0826 (RWR) |
| ) | |
| United States Department of the Defense, et al    ) | |
| ) | |
| **Defendants.**    ) | |

### ORDER

Upon consideration of Defendant's Motion for an Enlargement of Time to Reply, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including October 12, 2006, to file its reply.

Dated this _____ day of _____, 2006.

_____
Richard W. Roberts
United States District Judge

Copies to:
parties via ECF