FROM :                                    FAX NO. :                              May. 23 2002 10:56AM  P1

# POWER OF ATTORNEY

KNOWN ALL MEN BY THESE PRESENT:  That I/we, William Simenson

and Kathrine Simenson _____ residing at Vienna, VA_____, do hereby appoint
_____Alexis Skotzko_____, residing at Islamabad, Pakistan, as our true and
lawful attorney in fact for us in our name, individually and collectively, for the following
purposes only:

Settling the estate of our son, Brant Marcus Simenson who recently died in Pakistan

The undersigned grant to their attorney in fact full power and authority to do and
perform all and every act and thing requisite or proper to be done in exercising of any of
the rights and powers herein granted, as fully to all intents and purposes as, if they, or
either of them, might or could do if personally present, with full powers of substitution or
revocation, hereby ratifying and confirming all that our attorney in fact, or his substitute
or substitutes, shall lawfully do or cause to be done by virtue of the authority granted
herein.

Giving and granting unto our said attorney in fact full power and authority to do and
perform all and every act, deed, matter and thing whatsoever that may be necessary or
incidental to the performance and execution of the powers herein expressly granted as
fully and effectively to all intents and purposes as, if I/we, myself/ourselves, could do if
I/we were present.

IN WITNESS WHEREOF, I/we have hereunto set our hands and seal this ____ day
of _MAY_____, 200 2.    My commission Expires 21 day of may_____
                             June 30,2004   Notary Public, In and for _____
                             For Will Simon

WITNESS: _____    WITNESS: X_____

NAME: _Brandon Heys_____    NAME: _Kiss M. Plummy_____

ISLAMIC REPUBLIC OF PAKISTAN          )
CITY OF ISLAMABAD                     ) SS:
EMBASSY OF THE UNITED STATES OF AMERICA)

    I, _____, Vice Consul of the United States of America
at Islamabad, Pakistan, duly commissioned and qualified, do hereby certify that on this
_____ day of _____, 200__, before me personally appeared ____