**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                )
ZEENIA SATTI, <u>et al.</u>,        )
                                )
        Plaintiffs,             )
                                )
        v.                      )    Civil Action No. 06-826 (RWR)
                                )
UNITED STATES DEPARTMENT        )
OF DEFENSE, <u>et al.</u>,          )
                                )
        Defendants.             )
_____)

### ORDER

    For the reasons stated in the accompanying Memorandum
Opinion, it is hereby

    ORDERED that defendants' motion [9] to dismiss be, and
hereby is, GRANTED.  This is a final, appealable order.

    SIGNED this 19th day of June, 2007.


                        _____/s/_____
                        RICHARD W. ROBERTS
                        United States District Judge